The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. C10-344 RJB |
| v. | |
| ONE (1) 2003 MERCEDES BENZ C5, WITH WASHINGTON LICENSE PLATE 273VMR, and VIN WDBTJ75J83F010876, | **ORDER OF DEFAULT** |
| ONE (1) 18K GOLD JUVENIA WRISTWATCH with serial number 1329037, | |
| TWO (2) GOLD MEN'S RINGS WITH DIAMOND INLAY, | |
| and | |
| ONE (1) GOLD AND DIAMOND MEN'S BRACELET, | |
| Defendants.. | |

THIS MATTER having come before the Court on the application of Plaintiff, United States of America, for entry of an order of default, and the Judge having reviewed the records and files therein,

//

//

ORDER OF DEFAULT
U.S. v. ONE (1) 2003 Mercedes Benz C5, *et al.* (C10-344 RJB) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS HEREBY ORDERED, pursuant to Rule 55(a) of the Federal Rules of
2  Civil Procedure, that default be entered against Juan Vianez and Juan Vianez-Diaz, Sr.
3  and any unknown persons or entities who have failed to plead, answer, or otherwise
4  submit a claim as to the above-captioned defendant property.
5  DATED this 28th day of December, 2010.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Presented by:

  *s/ James M. Lord*
JAMES M. LORD
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:   206-553-2242
Fax No.:        206-553-6934
E-Mail:        Jim.Lord@usdoj.gov

ORDER OF DEFAULT
U.S. v. ONE (1) 2003 Mercedes Benz C5, *et al.* (C10-344 RJB) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970